EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Rafael E. Dávila Thomas | 2017 TSPR 99 <br><br> 198 DPR ____ |

Número del Caso: TS-5060

Fecha: 8 de junio de 2017

Abogado de la Peticionaria:

Por derecho propio.

Materia: Readmisión al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Rafael E. Dávila Thomas                    TS-5060

RESOLUCIÓN

En San Juan, Puerto Rico, a 8 de junio de 2017.

Examinada la *Moción para Solicitar Readmisión a la Práctica de la Abogacía* presentada por el Sr. Rafael E. Dávila Thomas el 25 de mayo de 2017, se provee ha lugar.

Se le ordena al Secretario del Tribunal registrar el cambio de estatus a abogado activo en el Registro Único de Abogados y Abogadas de Puerto Rico (RUA). Además, se le ordena al licenciado Dávila Thomas actualizar su información de contacto en el RUA.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo